**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Deangelo MCLAURIN, Defendant—Appellant.**

**No. 11–5088.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 21, 2012.

Deangelo McLaurin, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deangelo McLaurin seeks to appeal the magistrate judge's order denying his motion to dismiss the indictment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order McLaurin seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant the Government's motion to dismiss and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*